UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   EDCV 19-2429-PSG (KS)                                  Date: February 7, 2020

Title   _Ruzanna Sargsyan v. William P. Barr, et al._

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:             Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: RESPONDENTS' FAILURE TO COMPLY WITH COURT ORDER**

On December 17, 2019, Petitioner, a foreign national subject to a final order of removal, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 (the "Petition"). (Dkt. No. 1.) On December 27, 2019, the Court issued an order requiring Respondents to file an Answer to the Petition. (Dkt. No. 10.) The Court explicitly stated in that Order, "**Where the Petitioner challenges a final order of removal, Respondent SHALL NOT remove Petitioner prior to the resolution of this action without providing reasonable notice to the Court.**" (_Id._ at 2 (emphasis in original).).

On February 6, 2020, Respondents filed a notice that Petitioner had been removed from the United States and a "Suggestion of Mootness," arguing that the Court should deny the Petition and dismiss the case as moot because Petitioner has been removed and there is no further relief this Court can provide. (Dkt. No. 17.) Contrary to the Court's December 27, 2019 Order, Respondents did not provide any notice to the Court ahead of Petitioner's removal. Accordingly, Respondents violated the Court's December 27, 2019 Order.

The Court has the inherent authority to sanction a party for failure to comply with a court order. _See Chambers v. NASCO, Inc._, 501 U.S. 32, 43 (1991). **Respondents are therefore ORDERED TO SHOW CAUSE why the Court should not impose sanctions on Respondents for their failure to comply with the Court's December 27, 2019 Order**. To discharge this Order, no later than February 14, 2020, Respondents shall file a response to this Order that explains why they failed to comply with this Court's December 27, 2019 Order and establishes good cause for their inaction. **FAILURE TO RESPOND**

**TO THE ORDER TO SHOW CAUSE WILL LIKELY RESULT IN THE IMPOSITION OF SANCTIONS.**

  **IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | gr |